■ In the Matter of JOSEPH R. CAFARELLA, an Attorney, Respondent. SCHENECTADY COUNTY BAR ASSOCIATION, Petitioner.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.